*Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**KENCRAFT, INC., Appellant,**

v.

**WORLD CONFECTIONS, INC., Appellee.**

No. 2006–1297.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2006.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

*This case was not selected for publication in the Federal Reporter*

*Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**Frank BOLDUC, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2006–5144.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2006.

### ORDER

The order of dismissal and the mandate dated 10/31/2006 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.